(Official Form 1) (10/05)

| **United States Bankruptcy Court**<br>**Northern District of Texas** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wool Growers Central Storage Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Sanderson Wool Commission** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**75-0668980** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. & Street, City, and State):<br>**607 Avenue H**<br>**Ozona, TX**                      ZIP Code **76943** | Street Address of Joint Debtor (No. & Street, City, and State):                      ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Crockett** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1828**<br>**Ozona, TX**                      ZIP Code **76943** | Mailing Address of Joint Debtor (if different from street address):                      ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Assets also located in Sanderson, Texas** |
|---|---|

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

| **Statistical/Administrative Information**   *** R. Byrn Bass, Jr. State Bar No. 01889500 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wool Growers Central Storage Company** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>■  No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br><br>☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Wool Growers Central Storage Company**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ R. Byrn Bass, Jr.**
Signature of Attorney for Debtor(s)

**R. Byrn Bass, Jr. State Bar No. 01889500**
Printed Name of Attorney for Debtor(s)

**R. Byrn Bass, Jr.**
Firm Name

**1901 University, Suite 500
P.O. Box 5950
Lubbock, TX 79408**

_____
Address

**(806) 744-1100**
Telephone Number

**May 30, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Bunger, Jr.**
Signature of Authorized Individual

**George Bunger, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 30, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## Counsel's Note to List of Creditors Holding 20 Largest Unsecured Claims

  The List of Creditors Holding 20 Largest Unsecured Claims which is filed pursuant to Bankruptcy Rule 1007(d) contains the names of fourteen creditors.  Twelve of those creditors hold claims which might be best described as "trade payables."  Ford Motor Credit holds a claim founded on a vehicle lease.  Ozona National Bank holds what appears to be an under-secured claim evidenced by a purchase money security interest in a vehicle.

  There are over two hundred other claimants scheduled in this case.  Most of these claimants and creditors represent producers who are believed to hold claims based on the fact that they stored wool and/or mohair with Wool Growers Central Storage Company.  Their wool and/or mohair was then sold, but they were not paid with the proceeds of the sale.  At the time of the filing of this case, the amounts of those numerous claims have not been determined.  When these claims are reconciled, there will clearly be a number of those producers who hold unsecured claims probably in an amount greater than some if not all of these creditors initially listed in the "Top 20."  However, these amounts may not be determined until extensive records over the past several years have been gone through or until those producers actually present their claims for reconciliation and payment.

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Texas

In re   **Wool Growers Central Storage Company**
                                                                Case No.
                                    Debtor(s)                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gore Bros. Inc.**<br>**1300 East Mill Street**<br>**P.O. Box 1000**<br>**Comanche, TX 76442** | Gore Bros. Inc.<br>1300 East Mill Street<br>P.O. Box 1000<br>Comanche, TX 76442<br>(915) 356-5221 | **Trade Debt** | | **37,871.80** |
| **Cheyenne Tire**<br>**2720 Faudree Road**<br>**P.O. Box 13975**<br>**Odessa, TX 79768** | Cheyenne Tire<br>2720 Faudree Road<br>P.O. Box 13975<br>Odessa, TX 79768<br>(325) 563-1370 | **Trade Debt** | | **29,775.00** |
| **Moore Ranch**<br>**Rt. 1**<br>**Eldorado, TX 76936** | Moore Ranch<br>Rt. 1<br>Eldorado, TX 76936<br>(325) 853-2441 | **Trade Debt** | | **25,029.95** |
| **American Tire Distributors**<br>**4093 Hwy. 67 North**<br>**San Angelo, TX 76905** | American Tire Distributors<br>4093 Hwy. 67 North<br>San Angelo, TX 76905<br>(325) 653-5482 | **Trade Debt** | | **17,524.66** |
| **West 67 Feed**<br>**P.O. Box 60290**<br>**San Angelo, TX 76906** | West 67 Feed<br>P.O. Box 60290<br>San Angelo, TX 76906<br>(325) 651-2449 | **Trade Debt** | | **17,448.00** |
| **New Mexico Salt Mineral Corp.**<br>**P.O. Box 2262**<br>**Carlsbad, NM 88220** | New Mexico Salt Mineral Corp.<br>P.O. Box 2262<br>Carlsbad, NM 88220<br>(505) 745-3222 | **Trade Debt** | | **15,620.00** |
| **Acco Feeds, Inc.**<br>**2100 S. Robinson**<br>**P.O. Box 26186**<br>**Oklahoma City, TX 73126** | Acco Feeds, Inc.<br>2100 S. Robinson<br>P.O. Box 26186<br>Oklahoma City, TX 73126<br>(800) 592-4472 | **Trade Debt** | | **15,298.06** |
| **Internal Revenue Service**<br>**Special Procedures**<br>**Attn:  Nathan Villanueva**<br>**1100 Commerce Street, Code 5029DAL**<br>**Dallas, TX 75242** | Internal Revenue Service<br>Special Procedures<br>Attn:  Nathan Villanueva<br>Dallas, TX 75242 | **Income and payroll taxes for parts of 2004, 2005 and 2006, estimated per IRS claim filed (Claim #1)** | | **14,495.15** |

In re    **Wool Growers Central Storage Company**                          Case No. _____
_____
                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nelson Wholesale**<br>**P.O. Box 370**<br>**Brownwood, TX 76804** | **Nelson Wholesale**<br>**P.O. Box 370**<br>**Brownwood, TX 76804**<br>**(325) 643-3636** | **Trade Debt** | | **12,771.86** |
| **Stockton Feed and Milling, Inc.**<br>**Box 1446**<br>**Fort Stockton, TX 79735** | **Stockton Feed and Milling, Inc.**<br>**Box 1446**<br>**Fort Stockton, TX 79735**<br>**(915) 336-3325** | **Trade Debt** | | **9,709.82** |
| **Jacoby Feed and Seed**<br>**Box 806**<br>**Melvin, TX 78858** | **Jacoby Feed and Seed**<br>**Box 806**<br>**Melvin, TX 78858**<br>**(325) 286-4244** | **Trade Debt** | | **9,583.05** |
| **Wool Sacks, Inc.**<br>**Box 911**<br>**Fredericksburg, TX 78624** | **Wool Sacks, Inc.**<br>**Box 911**<br>**Fredericksburg, TX 78624**<br>**(512) 997-7972** | **Trade Debt** | | **8,138.42** |
| **Palmer Feed and Supply, Inc.**<br>**1318 N. Chadborne**<br>**San Angelo, TX 76903** | **Palmer Feed and Supply, Inc.**<br>**1318 N. Chadborne**<br>**San Angelo, TX 76903**<br>**(915) 653-6765** | **Trade Debt** | | **6,892.25** |
| **T-Bar Pre Cast, LLC**<br>**Attn:  Roy Lee Hutto**<br>**P.O. Box 420877**<br>**Del Rio, TX 78842** | **T-Bar Pre Cast, LLC**<br>**Attn:  Roy Lee Hutto**<br>**P.O. Box 420877**<br>**Del Rio, TX 78842** | **Trade payable 2006** | | **1,959.00** |
| **Wanetta Steinhoff**<br>**2909 300th Street**<br>**Hornick, IA 51026** | **Wanetta Steinhoff**<br>**2909 300th Street**<br>**Hornick, IA 51026** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |
| **Sandra Gall**<br>**Rainbow Hills Forest Drive**<br>**Hinton, IA 51024** | **Sandra Gall**<br>**Rainbow Hills Forest Drive**<br>**Hinton, IA 51024** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |
| **Kenneth Williamson**<br>**R 1, Box 31**<br>**Glasco, KS 67445** | **Kenneth Williamson**<br>**R 1, Box 31**<br>**Glasco, KS 67445** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |
| **Gene Vogt**<br>**Moundridge, KS 67107** | **Gene Vogt**<br>**Moundridge, KS 67107** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |

In re    **Wool Growers Central Storage Company**                                        Case No. _____

                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ramon Fictum<br>RR 1<br>Wilber, NE 68465** | **Ramon Fictum<br>RR 1<br>Wilber, NE 68465** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |
| **Lanark Llama & Alpaca<br>2877 Lanark Farm<br>Charlottesville, VA 22902** | **Lanark Llama & Alpaca<br>2877 Lanark Farm<br>Charlottesville, VA 22902** | **Wool and/or mohair producer - exact date potential claim arose unknown.** | **Unliquidated** | **1.00** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 30, 2006**                              Signature   **/s/ George Bunger, Jr.**
                                                                  **George Bunger, Jr.**
                                                                  **President**

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Northern District of Texas

In re    **Wool Growers Central Storage Company**                              ,    Case No. _____

                                                       Debtor

                                                                Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 261,378.00 | | |
| B - Personal Property | Yes | 4 | 892,609.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 23,630.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 14,495.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 207,847.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 1,153,987.16 | | |
| Total Liabilities | | | | 245,973.35 | |

## Wool Growers Central Storage Company
### Counsel's Note to Schedules and Statement of Financial Affairs

The Schedules (of assets and liabilities) and the Statement of Financial Affairs were generated by in large with information supplied by the bookkeeper/controller of Wool Growers who is no longer employed by the Company. Therefore, Counsel again confirms and states that the Schedules and the Statement of Financial Affairs are signed by the Company's President to the best of his knowledge and based on information and belief. Counsel further confirms that if an error or errors are found in the Schedules and the Statement, and if additional information is needed to accurately complete same, then the errors will be corrected and the information supplied in Amendments to be later filed. If any creditor or party-in-interest perceives an error in the Schedules or Statement, then Counsel solicits that input and requests that he be notified immediately.

Form B6A
(10/05)

In re    **Wool Growers Central Storage Company**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **All of Lots 1, 2, 3 and 4 in the East 220 feet of Lot 5, Block 130, Original Town of Ozona, Crockett County, Texas containing 3.265 acres, more or less (value subject to appraisal)** | **Fee simple** | - | **156,430.00** | **0.00** |
| **A 7.395 acre tract of land out of Section 14, Block 152, E.L.&R.R. Survey, Terrell County, Texas** | **Fee simple** | - | **104,948.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **261,378.00** | (Total of this page) |
| Total > | **261,378.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Wool Growers Central Storage Company**                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Ozona - $325.25**<br>**Sanderson - $250.00** | - | 575.25 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Crockett National Bank**<br>**P.O. Box 1089**<br>**Ozona, Texas 76943**<br>**"Wool Growers Central Storage Company, Inc.**<br>**Wool and Mohair Account"**<br>**Account No. XXX92** | - | 24.57 |
| | | **Ozona National Bank**<br>**Ozona, Texas 76943**<br>**"Wool Growers Central Storage Company"**<br>**Account No. XXX43** | - | 1,479.10 |
| | | **Crockett National Bank**<br>**Ozona, Texas 76943**<br>**"Wool Growers Central Storage Co."**<br>**Account No. XX51** | - | 19,199.85 |
| | | **Sanderson State Bank**<br>**P.O. Drawer 10**<br>**Sanderson, Texas 79848**<br>**"Sanderson Wool Commission"**<br>**Account No. XXX-XXX7-7** | - | 44,859.44 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Two (2) Dell computers, two (2) printers, fax machine, copy machine, furniture and fixtures at 607 Avenue H, Ozona, Texas 76943** | - | 5,000.00 |
| | | **Miscellanous furniture and fixtures at Sanderson, Texas** | - | 1,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >         72,338.21
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

Form B6B
(10/05)

In re  **Wool Growers Central Storage Company**                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Accounts Receivable - Ozona** | - | **449,053.67** |
| | | **Accounts Receivable - Sanderson** | - | **114,117.28** |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **563,170.95**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Wool Growers Central Storage Company**                    ,    Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible cause of action against former employees.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet Pickup** | - | **13,000.00** |
| | | **Red Equipment Trailer** | - | **600.00** |
| | | **Blue Equipment Trailer** | - | **500.00** |
| | | **2004 Ford F-250** | - | **25,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Included in response to Inquiry No. 4 above.** | - | **0.00** |

Sub-Total >    **39,100.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Wool Growers Central Storage Company**                                ,    Case No. _____
                                                     Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Forklift, tire machine and balance machine (Ozona)** | - | 15,500.00 |
| | | **Forklift (Sanderson)** | - | 2,500.00 |
| 30. Inventory. | | **Bailing, feed, hardware, merchandise and tires (separate inventories to be provided - value estimated)** | - | 200,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | **Included in Inventory Estimate** | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 218,000.00 |
| (Total of this page) | |
| Total > | 892,609.16 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6D
(10/05)

In re    **Wool Growers Central Storage Company**                                   ,    Case No. _____
                                                              Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **October 14, 2004** | | | | | |
| **Ford Motor Credit P.O. Box 152271 Irving, TX 75015** | - | | | | **Purchase money security interest in 2004 Ford F-250 pickup.** | | | | | |
| | | | | | Value $            **25,000.00** | | | | **23,630.33** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | **23,630.33** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **23,630.33** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

Form B6E
(10/05)

In re    **Wool Growers Central Storage Company**                                      ,    Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Internal Revenue Service<br>Special Procedures<br>Attn:  Nathan Villanueva<br>1100 Commerce Street, Code 5029DAL<br>Dallas, TX 75242** | - | | | **Income and payroll taxes for parts of 2004, 2005 and 2006, estimated per IRS claim filed (Claim #1)** | | | | **14,495.15** | **14,495.15** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **14,495.15** | **14,495.15** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **14,495.15** | **14,495.15** |

## Wool Growers Central Storage Company
## Counsel's Note to Schedule F

Numerous potential claimants are scheduled on Schedule F and described in the center column generally as "wool and/or mohair producer - exact date potential claim arose unknown." The claims of these claimants are also scheduled as, at this point, unliquidated, and in the "amount of claim" column Counsel has chosen to list same as being in the amount of $1.00. Apparently, wool and/or mohair stored by various wool and mohair producers may have been sold and the proceeds from the sale not remitted or paid to the producer. At this point, the amount of these claims (or even if all of the listed and potential claimants actually have a claim) has not been determined. Hopefully, way more claimants have been listed than actually have claims.

The bar date for filing claims in this case has been set by the Court as September 18, 2006. If claimants believe they have a claim, they are certainly urged to file a claim in accordance with the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines that they should have received in the mail. Claimants are urged to file their claims as quickly as possible in order that the claims reconciliation process can begin and the amount of unsecured debt owed by Company can be determined.

Also, Board members, shareholders and related entities it appears, in varying combinations, loaned money to the Company back in the mid to late '80's. Those loans totaled in excess of a half a million dollars and have been carried forward on the books of the Company ever since. Counsel has yet to form an opinion as to how the loans should be expressed on Schedule F because of their age. It doesn't appear that any payments have been made on them for some time, if ever. They may be specifically added to Schedule F later on via amendment.

Form B6F
(10/05)

In re  __**Wool Growers Central Storage Company**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3-C Seidenstircker 302 FM 473 Comfort, TX 78013** | - | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **A&J Partnership c/o Johnny Arnold RR 3, Box 1 Holton, KS 66436** | - | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **A.D. and Mary Jo White Box 129 Wapanucka, OK 73461** | - | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **A.D. Lux Ranch HC1 Box 150 Kendalia, TX 78027** | - | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| __48__  continuation sheets attached | | | | | Subtotal (Total of this page) | | 4.00 |

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **A.D. White Box 129 Wapanucka, OK 73461** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **A.O. Baker P.O. Box 638 Comstock, TX 78837** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **A.P. Lux HC1, Box 150 Kendalia, TX 78027** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **Aaron and Allison Lux HC 1, Box 150 Kendalia, TX 78027** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **Acco Feeds, Inc. 2100 S. Robinson P.O. Box 26186 Oklahoma City, TX 73126** | - | | | Trade payable - 2006 | | | | 15,298.06 |

Sheet no. __1__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,302.06**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                                    ,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Alford Lux**<br>**HC 1, Box 150**<br>**Kendalia, TX 78027** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Allison Ranch**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**American Tire Distributors**<br>**4093 Hwy. 67 North**<br>**San Angelo, TX 76905** | - | | | | Trade payable - 2006 | | | | 17,524.66 |
| Account No.<br><br>**Andy Smith Partnership**<br>**Box 60290**<br>**San Angelo, TX 76906** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Andy Smith, Jr.**<br>**Box 60290**<br>**San Angelo, TX 76906** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __2__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,528.66

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                              ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Andy Tillman**<br>**20510 Swally Road**<br>**Bend, OR 97701** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Austin Millspaugh**<br>**301 Texas Bank Tower**<br>**2201 Sherwood Way**<br>**San Angelo, TX 76901** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Barnhart Ranch**<br>**Bill Pfluger**<br>**2133 Office Park Dr.**<br>**San Angelo, TX 76904** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Ber Thomas**<br>**P.O. Box 337**<br>**Correctionville, IA 51016** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Betty Boubream**<br>**RR 3, Box 153**<br>**Montrose, MO 64770** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __3___ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**        ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Betty Boudreau RR 3, Box 153 Montrose, MO 64770 | | - | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Beverly Short 1318 Oakridge Lane Pipe Creek, TX 78063 | | - | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Bill Black P.O. Box 907 Ozona, TX 76943 | | - | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Bill Black Ranch Box 907 Ozona, TX 76943 | | - | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Bill Carson Box 340 Ozona, TX 76943 | | - | | | | | X | | |
| | | | | | | | | | 1.00 |

Sheet no. __4__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.  Bill Forehand P.O. Box 1577 Ozona, TX 76943 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Bill Hoover Erst. Box 1288 Ozona, TX 76943 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Bill Manesa Box 285 Ozona, TX 76943 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Bill Pfluger 2133 Office Park Drive San Angelo, TX 76904 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Billy Reagor Box 1652 Ozona, TX 76943 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __5__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Black 100**<br>**P.O. Box 909**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Black Livestock**<br>**Box 909**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Brad Palinsky**<br>**1608 E. 14th Road**<br>**Aurora, NE 68818** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Brian Pelletier**<br>**46238 249th Street**<br>**Colton, SD 57018** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Bud Poage**<br>**Box 106**<br>**Rankin, TX 79778** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                          ,     Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Buddy White**<br>**Box 129**<br>**Sanderson, TX 79848** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Bunger and Cameron**<br>**Drawer 670**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Burch & Neil Woodward**<br>**Box 1177**<br>**Fort Stockton, TX 79735** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Burch & Neill Livestock**<br>**Box 1177**<br>**Fort Stockton, TX 79735** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Buster Deaton**<br>**Box 1740**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __**7**___ of __**48**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                    ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Butterfield**<br>**Box 907**<br>**Sterling City, TX 76951** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**C&H Ranch**<br>**Box 951**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Cain Ranch**<br>**Box 1281**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Cain Ranel**<br>**Box 1281**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Carmen Sutton**<br>**Box 1534**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __8___ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| **Carol Haumont** **RR 3, Box 173** **Broken Bow, NE 68822** | - | | | | | X | | |
| | | | | | | | | **1.00** |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| **Carol Ryerson** **2669 Baxter Avenue** **Eagle Grove, IA 50533** | - | | | | | X | | |
| | | | | | | | | **1.00** |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| **Center of the Nation** **Box 130** **Belle Fourche, SD 57717** | - | | | | | X | | |
| | | | | | | | | **1.00** |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| **Chandler & Black** **Box 909** **Ozona, TX 76943** | - | | | | | X | | |
| | | | | | | | | **1.00** |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| **Charles Childress** **9616 N. Lamar #141** **Austin, TX 78753** | - | | | | | X | | |
| | | | | | | | | **1.00** |

Sheet no. __**9**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Charles Henkle 1614 North 61st Street Norfolk, NE 68701 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Charles Seidensticker 302 FM 473 Comfort, TX 78013 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Charles Stegall P.O. Box 140 Sanderson, TX 79848 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Chelsie Woodward Box 1177 Fort Stockton, TX 79735 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Cheryl Schladaer 412 FM 473 Comfort, TX 78013 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |

Sheet no. __10__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J c | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cheyenne Tire**<br>**2720 Faudree Road**<br>**P.O. Box 13975**<br>**Odessa, TX 79768** | - | | | | **Trade payable - 2006** | | | | **29,775.00** |
| Account No.<br><br>**Childress Angoras**<br>**Box 1249**<br>**Ozona, TX 76943** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Chuck McNally**<br>**RR1, Box 57**<br>**Morrill, KS 66515** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Cindy Olson**<br>**RR 2, Box 35**<br>**Fullerton, NE 68638** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Clay Cox**<br>**Box 545**<br>**Iraan, TX 79744** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |

Sheet no. __11__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,779.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __**Wool Growers Central Storage Company**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Clement Bros. Rt. 1, Box 88 Roxton, TX 75477 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Cody Sutton 3014 Hemphill Park Austin, TX 78705 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Craig Deaton P.O. Box 1733 Ozona, TX 76943 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Cross-Over Two Bars P.O. Box 1295 Crane, TX 79731 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Crystelle Childress Box 1088 Ozona, TX 76943 | - | | | | | X | | 1.00 |

Sheet no. __12__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Wool Growers Central Storage Company__ ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D.J. Duffy**<br>**9401 E. 43rd Street**<br>**Kansas City, MO 64133** | - | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**D.J. Dutton**<br>**Box 251**<br>**Sonora, TX 76950** | - | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**D.J. Livestock**<br>**Box 251**<br>**Sonora, TX 76950** | - | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Dan Riggs**<br>**Box 695**<br>**Iraan, TX 79744** | - | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | | | 1.00 |
| Account No.<br><br>**Darrel Lux**<br>**HC1, Box 145**<br>**Kendalia, TX 78027** | - | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |

Sheet no. __13__ of __48__ sheets attached to Schedule of    Subtotal    5.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Daryl Fikar Rt. 1, Box 126 Dorchester, NE 68343 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Dave Deerson RR 2, Box 83 Mead, NE 68041 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Dave Monke RR 1, Box 18 Nickerson, NE 68044 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Dean Parent 3916 Plains Hwy. Lovington, NM 88260 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Deb Kalcic 2082 Co. Road P Fremont, NE 68025 | - | | | | X | | |
| | | | | | | | 1.00 |

Sheet no. __14__ of __48__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                        5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Dee Smith**<br>**Box 783**<br>**Hayden, ID 83835** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Delmar Roth**<br>**282 280th Street**<br>**Milford, NE 68405** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Dennis Murra**<br>**45613 10th Avenue**<br>**Buffalo Center, IA 50424** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Diane Ortmeier**<br>**263 1512 Road**<br>**West Point, NE 68788** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | **1.00** |
| Account No.<br><br>**Dick Miller**<br>**414 East Wallis**<br>**San Saba, TX 76877** | - | | | | **Attorney for the Wardlaw's** | | | | **0.00** |

Sheet no. __15__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Don Elliot**<br>**9409 Jefferson Road NE**<br>**Hemingford, NE 69348** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Don Varcura**<br>**RR 3, Box 108A**<br>**Ord, NE 68862** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Double T Ranch**<br>**P.O. Box 2099**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Dwight Childress**<br>**P.O. Box 1947**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Eliserio Medina**<br>**Box 345**<br>**Sheffield, TX** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __16__ of __48__ sheets attached to Schedule of                                    Subtotal                 5.00
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          ,    Case No. _____
                                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.                                  Eric Stehlik RR1 , Box 11 Dorchester, NE 68343 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | 1.00 |
| Account No.                                  Ernest Woodward Ranches HCR 73 Box 29 Mc Camey, TX 79752 | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.                                  Eugene Miller HC 69 Box 20 Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.                                  Eusebio Esquivel Box 903 Menard, TX 76859 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.                                  Evelyn Elliot 9409 Watson Road Hemingford, NE 69348 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __17__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company** _____,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Evelynn Elliott 9409 Watson Road Hemingford, NE 69348 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Frank Price Box 907 Sterling City, TX 76951 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Fred Chandler Box 963 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| G&L Livestock Drawer 670 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Gail Garrison Box 195 Tornillo, TX 79853 | - | | | | | X | | |
| | | | | | | | | 1.00 |

Sheet no. __18__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                          ,  Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Gary Vannay**<br>**Box 760**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Gene Atwood**<br>**RR 2, Box 144**<br>**Albion, NE 68620** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Gene Perry Ranch**<br>**Drawer 1478**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Gene Vogt**<br>**Moundridge, KS 67107** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**George Ahlschuede**<br>**6300 Treece Road**<br>**San Angelo, TX 76904** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __**19**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| George Bunger, Jr. Drawer 670 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| George Wenzel Box 573 Menard, TX 76859 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Glynn Chandler 116 S.W. Ave. B Seminole, TX 79736 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Glynn Hutto P.O. Box 1195 Eldorado, TX 76936 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Trade payable - 2006 | | | | |
| Gore Bros. Inc. 1300 East Mill Street P.O. Box 1000 Comanche, TX 76442 | - | | | | | | | | |
| | | | | | | | | | 37,871.80 |

Sheet no. __20__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,875.80

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                              ,     Case No. _____

                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Gregg A. Lovin<br>58301 210th Street<br>Nevada, IA 50201 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Gursky Cattle Co.<br>290 Morrow Road<br>Springtown, TX 76082 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Gwen Youngberg<br>2144 190th Street<br>Bronson, IA 51007 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Hillary Phillips, Jr. (Deceased)<br>Box 9<br>Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Hillspagh Operation<br>301 Texas Bank Tower<br>San Angelo, TX 76901 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Hope Phillips Box 9 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Howard Youngberg 2144 190th Street Bronson, IA 51007 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Hugh Ward Childress Box 943 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Ira and Clay Childress Box 1008 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| J.L. Greer, III P.O. Box 158 Rocksprings, TX 78880 | - | | | | | X | | |
| | | | | | | | | 1.00 |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  J.L. Greer, Jr. P.O. Box 767 Rocksprings, TX 78880 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Jack and Jessie Wardlaw 201 Cedar Street Sonora, TX 76950 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Jack Dutton Box 251 Sonora, TX 76950 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Jacoby Feed and Seed Box 806 Melvin, TX 78858 | - | | | Trade payable - 2006 | | | | 9,583.05 |
| Account No.  Jane Chandler Box 963 Ozona, TX 76943 | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __23__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,587.05

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                ,        Case No. _____

                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Jean Weatherhead<br>Rt. 2, Box 83<br>Concordia, KS 66901** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Jeanette Benay<br>Rt. 1, Box 172<br>Leonardville, KS 66449** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Jeffrey Sutton<br>P.O. Box 1534<br>Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Jerel Seahorn<br>Box 1483<br>Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Jerry Crawford<br>Box 1710<br>Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |

Sheet no. __24__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jerry Holste Rt. 2, Box 29 Hudell, KS 67724 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jess Marley P.O. Box 668 Ozona, TX 76943 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jesus Dominguez Box 368 Ozona, TX 76943 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jim Minarick RR 2 North Bend, NE 68649 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jim Paulson Box 672 Fremont, NE 68026 | | - | | | | X | | |
| | | | | | | | | 1.00 |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Jimmy Eggemyer Box 120 Garden City, TX 79739 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Joe Boy Pierce Box 696 Ozona, TX 76943 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Joe Brown P.O. Box 7 Ozona, TX 76943 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Joe Percival HC 34, Box 103 Robert Lee, TX 76945 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Joe S. Peirce, IV Box 696 Ozona, TX 76943 | - | | | | | | | 1.00 |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Kelvin Chandler**<br>**P.O. Box 471**<br>**Sanderson, TX 79848** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Ken Matthiesen**<br>**12515 Elm Slough**<br>**Saint George, KS 66535** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Kenneth Luce**<br>**1260 Dodge Road**<br>**Hemingford, NE 69348** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Kenneth Williamson**<br>**R 1, Box 31**<br>**Glasco, KS 67445** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Kenny Williamson**<br>**Rt. 1, Box 31**<br>**Glasco, KS 67445** | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Kothmann Ranch Box 1705 Mason, TX 76856 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| L.B. McKenzie 3516 7D Fort Stockton, TX 79735 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Lanark Llama & Alpaca 2877 Lanark Farm Charlottesville, VA 22902 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Larry Boeonsen RR 2 Ocheyedan, IA 51354 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| LeAnn Kreite 18687 Rd. 3 Hooper, NE 68031 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |

Sheet no. __28__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Lee Holden<br>Box 288, Rt. 1<br>Estelline, SD 57234 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Leonard A. Stelbek<br>Rt. 1, Box 11<br>Dorchester, NE 68343 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Leonard Stehlick<br>Rt. 1, Box 11<br>Dorchester, NE 68343 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | 1.00 |
| Account No.<br><br>Leonard Stehlie<br>Rt. 1, Box 11<br>Dorchester, NE 68343 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>Loren Poleman<br>HC 2, Box 75<br>Trenton, NE 69044 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __29__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Louis Bunger Box 3150 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| M.K. Leach 1010 24th Road Grand Junction, CO 81505 | - | | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Mario Gutierrez Box 1352 Sonora, TX 76950 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Marlin Wolter 1303 Starling Ocheyedan, IA 51354 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Max Schneeman Box 24 Big Lake, TX 76932 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |

Sheet no. __30__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                    ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> McKenzie Land & Livestock <br> 35167D <br> Fort Stockton, TX 79735 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | <br><br><br>1.00 |
| Account No. <br><br> Mel Hille <br> RR 3 <br> West Eisenhower, NE 68701 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | <br><br><br>1.00 |
| Account No. <br><br> Melvin Mostek <br> Rt. 1, Box 219 <br> Loup City, NE 68853 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | <br><br><br>1.00 |
| Account No. <br><br> Mervin Hille <br> RR 3 <br> West Eisenhower, NE 68701 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | <br><br><br>1.00 |
| Account No. <br><br> Mickee Cheek <br> Box 456 <br> Bingham, NE 69335 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | <br><br><br>1.00 |

Sheet no. __31__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Mike and Jana Hill**<br>**Box 1229**<br>**Iraan, TX 79744** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | **1.00** |
| Account No.<br><br>**Mike Gordon**<br>**5632 County Line Road**<br>**Hooper, NE 68031** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | X | **1.00** |
| Account No.<br><br>**Mike Womack**<br>**Box 214**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | X | **1.00** |
| Account No.<br><br>**Milagro**<br>**Box 1249**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | **1.00** |
| Account No.<br><br>**Milagro & Sanka**<br>**Box 1249**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | X | **1.00** |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                    ,   Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Millspaugh Operations**<br>**301 Texas Bank Tower**<br>**2201 Sherwood Way**<br>**San Angelo, TX 76901** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Moore Ranch**<br>**Rt. 1**<br>**Eldorado, TX 76936** | - | | | | Trade payable - 2006 | | | | **25,029.95** |
| Account No.<br><br>**Morris M. Reese, Jr.**<br>**Gossett Harrison**<br>**2 S. Koenigheim Street**<br>**San Angelo, TX 76903** | - | | | | For notice purposes only. | | | | **0.00** |
| Account No.<br><br>**N.E. Angora Living Trust**<br>**Rt. 1, Box 5**<br>**Brunswick, NE 68720** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |
| Account No.<br><br>**Neil Woodward**<br>**Box 1177**<br>**Fort Stockton, TX 79735** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | **1.00** |

Sheet no. __**33**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,032.95**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Wool Growers Central Storage Company** ,  Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Nelson Wholesale**<br>**P.O. Box 370**<br>**Brownwood, TX 76804** | | - | | | **Trade payable - 2006** | | | | 12,771.86 |
| Account No.<br><br>**New Mexico Salt Mineral Corp.**<br>**P.O. Box 2262**<br>**Carlsbad, NM 88220** | | - | | | **Trade payable - 2006** | | | | 15,620.00 |
| Account No.<br><br>**Noren Farms**<br>**Rt. 2, Box 67**<br>**Oberlin, KS 67749** | | - | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Ozona National Bank**<br>**Box 430**<br>**Ozona, TX 76943** | | - | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Palmer Feed and Supply, Inc.**<br>**1318 N. Chadborne**<br>**San Angelo, TX 76903** | | - | | | **Trade payable - 2006** | | | | 6,892.25 |

Sheet no. __34__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,286.11

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                               ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Pecos River Ranch Box 675 Ozona, TX 76943 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Peggy Denny 134 Flat Rock Creek Road Comfort, TX 78013 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Phil Poling 631 R Ave. Boone, IA 50036 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Phillip Poling 631 R. Ave. Boone, IA 50036 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Plens Childress, III Box 877 Ozona, TX 76943 | - | | | | | | X | | 1.00 |

Sheet no. __35__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Wool Growers Central Storage Company__ , Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Pon Seahorn Box 1483 Ozona, TX 76943 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Price and Butterfield Box 907 Sterling City, TX 76951 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Quince Box 675 Ozona, TX 76943 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Quince Ranch P.O. Box 675 Ozona, TX 76943 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| R. J. Everett Box 1769 Ozona, TX 76943 | - | | | | | | X | | 1.00 |

Sheet no. __36__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           5.00

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Ramon Fictum**<br>**RR 1**<br>**Wilber, NE 68465** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Randy Herring**<br>**Box 1487**<br>**Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Ray Shetron**<br>**RR 1, Box 280**<br>**Hoyt, KS 66440** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Ray Warren**<br>**180 Sumac Lane**<br>**Wilburn, AR 72179** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.<br><br>**Rex Frybarger**<br>**R. 1, Box 49**<br>**Aurora, KS 67417** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __37__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Robert Ahlschwade Rt. 2, Box 201 Crete, NE 68333 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Robertson & Manning Box 850 Ozona, TX 76943 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Rodney Cormier 26096 F. Road Soldier, KS 66540 | - | | | | X | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Rodney Cornier 26096 F. Road Soldier, KS 66540 | - | | | | | | |
| | | | | | | | 1.00 |
| Account No. | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Roger Coots Box 490 Sheffield, TX 79781 | - | | | | X | | |
| | | | | | | | 1.00 |

Sheet no. __38__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                    ,    Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Roger Martin**<br>**2976 270th**<br>**Hornick, IA 51026-8004** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Ron Schultz**<br>**2049 Lo Rd R**<br>**Fremont, NE 68025** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | | | 1.00 |
| Account No.<br><br>**Ronald Elliott**<br>**9409  Jefferson Road**<br>**Hemingford, NE 69348** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Roy Cash**<br>**Box 192**<br>**Langtry, TX 78871** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |
| Account No.<br><br>**Sandra Gall**<br>**Rainbow Hills Forest Drive**<br>**Hinton, IA 51024** | - | | | | **Wool and/or mohair producer - exact date potential claim arose unknown.** | | X | | 1.00 |

Sheet no. __**39**__ of __**48**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Sanisa, Inc. Box 1249 Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | 1.00 |
| Account No.  Sanisa, Inc. Ica. Childeas Box 1249 Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Smoky Mountain Ranch 14853 Blanco Road, Suite 106 San Antonio, TX 78216 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Sonny Malone Box 1645 Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.  Soto Verde, Inc. Box 1249 Ozona, TX 76943 | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __40__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                              , Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Soto, Inc. Box 1249 Ozona, TX 76943 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Soto, Sweetwater Box 1249 Ozona, TX 76943 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Stapper Girls Bpx 1647 Ozona, TX 76943 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Steve Stucky 642 Deer Trail Galva, KS 67443 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Trade payable - 2006 | | | | |
| Stockton Feed and Milling, Inc. Box 1446 Fort Stockton, TX 79735 | | - | | | | | | |
| | | | | | | | | 9,709.82 |

Sheet no. __41__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,713.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                    ,        Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Stuart Speck HCR 70, Box 67 Lohn, TX 76852 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Suzanne Minarick RR 2 North Bend, NE 68649 | - | | | | | X | | 1.00 |
| Account No. | | | | Trade payable 2006 | | | | |
| T-Bar Pre Cast, LLC Attn:  Roy Lee Hutto P.O. Box 420877 Del Rio, TX 78842 | - | | | | | | | 1,959.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tamara Reese Box 40 Lorenzo, TX 79343 | - | | | | | X | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Terrell Seahorn Box 1483 Ozona, TX 76943 | - | | | | | X | | 1.00 |

Sheet no. __42__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,963.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                                    ,   Case No. _____
                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Terry Crawford Box 1602 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tom & Mayree Collins Box 1945 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tom Cameron Ranch P.O. Box 1627 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tom Cameron Ranch Box 1627 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tom Collins Box 1945 Ozona, TX 76943 | - | | | | | | X | | |
| | | | | | | | | | 1.00 |

Sheet no. __43__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                              ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Tom Hird Dutch Creek Ranch Rt. 1, Box 150 Litchfield, NE** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | 1.00 |
| Account No. **Tom Wendell Rt. 1, Box 87 Beloit, KS 67470** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **Tom Wenzel Route 1, Box 87 New Cambria, KS 67470** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **Tommy & JoNel Stokes P.O. Box 932 Ozona, TX 76943** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No. **Tommy Hayre Ranches P.O. Box 368 Sheffield, TX 79781** | - | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |

Sheet no. __44__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **5.00**

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tommy Joe Holmes Box 445 Sheffield, TX 79781 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tony Allen Box 1067 Ozona, TX 76943 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Tracy Jones Rt. 2, Box 201 Crete, NE 68333 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Ulala Meyer Box 275 Deshler, NE 68340 | - | | | | | | X | | 1.00 |
| Account No. | | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Valerie Small Box 109 Sioux Rapids, IA 50585 | - | | | | | | X | | 1.00 |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Wool Growers Central Storage Company__ ,     Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Virginia Johnson 8253 SR 514 Big Prairie, OH 44611 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Wade Menges P.O. Box 175 Anita, IA 50020 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Wanetta Steinhoff 2909 300th Street Hornick, IA 51026 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Wardlaw Bros. Box 944 Sonora, TX 76950 | | - | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Weldon Blackwelder HC-73, Box 14 Bakersfield Rt. Mc Camey, TX 79752 | | - | | | | X | | |
| | | | | | | | | 1.00 |

Sheet no. __46__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
        (Total of this page)        __5.00__

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Wool Growers Central Storage Company**                                      ,    Case No. _____
                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.
**West 67 Feed**
**P.O. Box 60290**
**San Angelo, TX 76906** | | - | | | Trade payable - 2006 | | | | 17,448.00 |
| Account No.
**Will Seahorn**
**Box 1483**
**Ozona, TX 76943** | | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.
**Wilma Small**
**Box 218**
**Badger, IA 50516** | | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.
**Woodward Trading**
**HCR 73 Box 29**
**Mc Camey, TX 79752** | | - | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | X | | 1.00 |
| Account No.
**Wool Sacks, Inc.**
**Box 911**
**Fredericksburg, TX 78624** | | - | | | Trade payable - 2006 | | | | 8,138.42 |

Sheet no. __47__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,589.42

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Wool Growers Central Storage Company**                              , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Yvonne Womack Estate Box 214 Ozona, TX 76943 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | Wool and/or mohair producer - exact date potential claim arose unknown. | | | | |
| Zane Reese Box 40 Lorenzo, TX 79343 | - | | | | | X | | |
| | | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __48__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2.00 |
| Total (Report on Summary of Schedules) | 207,847.87 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6G
(10/05)

In re  **Wool Growers Central Storage Company**                                    ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

___**0**___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Wool Growers Central Storage Company**                              ,   Case No. _____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

____**0**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6I
(10/05)

In re    **Wool Growers Central Storage Company**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 0.00 | $ N/A |
|     b.  Insurance | $ 0.00 | $ N/A |
|     c.  Union dues | $ 0.00 | $ N/A |
|     d.  Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N/A |
| 11. Social security or other government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ N/A |

16. TOTAL COMBINED MONTHLY INCOME:        $ _____ 0.00        (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re  **Wool Growers Central Storage Company**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ _____ 0.00 |
|    a. Are real estate taxes included?  Yes ____  No **X** | | |
|    b. Is property insurance included?  Yes ____  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ _____ 0.00 |
|           b. Water and sewer | | $ _____ 0.00 |
|           c. Telephone | | $ _____ 0.00 |
|           d. Other _____ | | $ _____ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ _____ 0.00 |
| 4. Food | | $ _____ 0.00 |
| 5. Clothing | | $ _____ 0.00 |
| 6. Laundry and dry cleaning | | $ _____ 0.00 |
| 7. Medical and dental expenses | | $ _____ 0.00 |
| 8. Transportation (not including car payments) | | $ _____ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ 0.00 |
| 10. Charitable contributions | | $ _____ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | | $ _____ 0.00 |
|           b. Life | | $ _____ 0.00 |
|           c. Health | | $ _____ 0.00 |
|           d. Auto | | $ _____ 0.00 |
|           e. Other _____ | | $ _____ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) _____ | | $ _____ 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|           a. Auto | | $ _____ 0.00 |
|           b. Other _____ | | $ _____ 0.00 |
|           c. Other _____ | | $ _____ 0.00 |
|           d. Other _____ | | $ _____ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ _____ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ _____ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ 0.00 |
| 17. Other _____ | | $ _____ 0.00 |
|    Other _____ | | $ _____ 0.00 |

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  | $ _____ 0.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Total monthly income from Line 16 of Schedule I | | $ _____ 0.00 |
| b.   Total monthly expenses from Line 18 above | | $ _____ 0.00 |
| c.   Monthly net income (a. minus b.) | | $ _____ 0.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of Texas

In re   **Wool Growers Central Storage Company**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**63**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 30, 2006**

Signature   **/s/ George Bunger, Jr.**

**George Bunger, Jr.**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
### Northern District of Texas

In re   **Wool Growers Central Storage Company**                          Case No. _____
                                                    Debtor(s)          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,826,879.97** | **2004 Gross Income** |
| **$2,003,025.21** | **2005 Gross Income** |
| **$1,152,777.09** | **2006 Gross Income to Date of Filing** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Jacobe Feed and Seed**<br>**P.O. Box 806**<br>**Melvin, TX 78858** | **January 31, 2006 $5,069.60**<br>**February 3, 2006 $5,317.80**<br>**February 10, 2006 $5,183.50**<br>**February 7, 2006 $5,334.50**<br>**February 28, 2006 $5,049.50**<br>**March 3, 2006 $5,443.50**<br>**March 14, 2006 $5,491.00**<br>**March 18, 2006 $5,442.42**<br>**March 22, 2006 $5,479.00**<br>**March 27, 2006 $5,122.50**<br>**March 31, 2006 $5,249.00** | **$58,182.32** | **$9,606.89** |
| **Acco - Cargill**<br>**2100 S. Robinson**<br>**P.O. Box 26186**<br>**Oklahoma City, OK 73126** | **January 31, 2006 $5,500.00**<br>**February 4, 2006 $6,800.00**<br>**February 17, 2006 $5,000.00**<br>**March 1, 2006 $5,000.00**<br>**March 1, 2006 $5,000.00**<br>**March 7, 2006 $6,070.00**<br>**March 18, 2006 $5,000.00**<br>**March 21, 2006 $6,430.02**<br>**April 3, 2006 $5,000.00**<br>**April 7, 2006 $6,810.43**<br>**April 4, 2006 $6,000.00** | **$62,610.45** | **$15,298.06** |
| **Rick Layton**<br>**P.O. Box 92**<br>**Oklaunion, TX 76373** | | **$5,482.50** | **$0.00** |

None
☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bunger and Cameron**<br>**Drawer 670**<br>**Ozona, TX 76943** | **August 1, 2005 $7,623.25** | **$7,623.25** | **$0.00** |
| **George Bunger, Jr.**<br>**Drawer 670**<br>**Ozona, TX 76943** | **August 1, 2005 $17,259.96** | **$17,259.96** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **G&L Livestock Drawer 670 Ozona, TX 76943** | **August 1, 2005 $8,663.99** | **$8,663.99** | **$0.00** |
| **Bill Black Ranch P.O. Box 907 Ozona, TX 76943** | **July 8, 2005 $16,259.48** | **$16,259.48** | **$0.00** |
| **Black Livestock P.O. Box 907 Ozona, TX 76943** | **July 8, 2005 $8,764.88** | **$8,764.88** | **$0.00** |
| **Allison Ranch 941 Turner Street San Angelo, TX 76903** | **January 4, 2006 $973.11** | **$973.11** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **All Feeders 8410 Hwy. H7 East San Antonio, TX 78263** | **On or about April 18, 2006** | **Previously delivered inventory of deer feeders picked up to cancel account of $8,083.01** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None □    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **R. Byrn Bass, Jr.**<br>**Attorney at Law**<br>**State National Bank Building**<br>**4716 4th Street, Suite 100**<br>**Lubbock, TX 79416** | **April 19, 2006/ JSA Properties** | **$32,000.00** |

### 10.  Other transfers

None □    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Ultimate Transferee Unknown** | **October 14, 2004** | **2001 Ford F-250 pickup traded in on currently owned Ford F-250 pickup.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Producers of wool and mohair** | **Wool and/or mohair belonging to numerous producers.  Inventory of same is incomplete and in the process of being determined.** | **Warehouse storage facilities in Ozona and Sanderson.** |
| **Various Individuals** | **Numerous firearms on consignment for sale.** | **Ozona, Texas** |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tonya Stalcup**<br>**c/o Wool Growers Central Storage Company**<br>**607 Avenue H**<br>**Ozona, TX 76943** | **In house bookkeeping for the past**<br>**several years.** |
| **Donnie Laughlin**<br>**Ozona, TX** | **Former President, Director and**<br>**Warehouse Manager over the past**<br>**several years.** |
| **Armstrong, Backus & Co., CPAs**<br>**P.O. Box 71**<br>**San Angelo, TX 76902** | **Preparation of tax returns and other**<br>**reports for the past several years.** |

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Wool Growers Central Storage Company** | **607 Avenue H**<br>**Ozona, TX** |
| **Armstrong, Backus & Co., CPAs** | **P.O. Box 71**<br>**San Angelo, TX 76902** |
| **L. Brooks Long, Sergeant** | **Texas Rangers, Company "E"**<br>**P.O. Box 4030**<br>**Ozona, TX 76943** |

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☐       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **December 31, 2004** | **Donnie Laughlin** | **Amount shown cannot be reconciled to**<br>**amount believed to be on hand.** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **December 31, 2004** | **Armstrong, Backus and Co., CPAs**<br>**P.O. Box 71**<br>**San Angelo, TX 76902** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **George Bunger, Jr.**<br>**P.O. Box 1248**<br>**Ozona, TX 76943** | **President** | **5.97%** |
| **Bill Black**<br>**P.O. Box 909**<br>**Ozona, TX 76943** | **Vice President** | **4.07%** |
| **John S. Allison**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | **Secretary** | **1.69%** |
| **Austin Millspaugh**<br>**2201 Sherwood Way**<br>**San Angelo, TX 76901** | | **8.14%** |
| **WT Shannon Memorial Hospital**<br>**P.O. Box 49**<br>**San Angelo, TX 76901** | | **6.19%** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Donnie Laughlin**<br>**Ozona, TX** | **President** | **April 8, 2006** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

9

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 30, 2006**               Signature    **/s/ George Bunger, Jr.**

                                                     **George Bunger, Jr.**

                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Texas

In re    **Wool Growers Central Storage Company**                                      Case No.    _____

_____    Chapter    **11**    _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.............................................................. | $ | **0.00** |
| Prior to the filing of this statement I have received.................................................. | $ | **0.00** |
| Balance Due................................................................................................................ | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 30, 2006**                              **/s/ R. Byrn Bass, Jr.**
_____              _____
                                                **R. Byrn Bass, Jr.**
                                                **R. Byrn Bass, Jr.**
                                                **1901 University, Suite 500**
                                                **P.O. Box 5950**
                                                **Lubbock, TX 79408**
                                                **(806) 744-1100**

---

# United States Bankruptcy Court
## Northern District of Texas

In re   **Wool Growers Central Storage Company**
_____ ,   Case No. _____
Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Addison Lee Pfluger**<br>**1215 W. Avenue D**<br>**San Angelo, TX 76901** | **Common** | **60** | **Preferred** |
| **Agnes W. Munn**<br>**C.G. Munn**<br>**P.O. Box 832**<br>**Water Valley, TX 76958** | **Common** | **80** | **Preferred** |
| **Alice Lucretia Porter Black**<br>**4108 N. County Road 1241**<br>**Midland, TX 79707** | **Common** | **180** | **Preferred** |
| **Allison II**<br>**Estate of John Sutton**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | **Common** | **2960** | **Preferred** |
| **Allison III**<br>**John Sutton**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | **Common** | **623** | **Preferred** |
| **Ann Bley Guinn, Executrix**<br>**Estate of J.H. Ray**<br>**6900 Jester Wild**<br>**Austin, TX 78750** | **Common** | **165** | **Preferred** |
| **Anne B. McGowan**<br>**1107 Paseo De Vaca**<br>**San Angelo, TX 76901** | **Common** | **125** | **Preferred** |
| **Arlington Helbing, Jr.**<br>**4432 Livingston**<br>**Dallas, TX 75205** | **Common** | **260** | **Preferred** |
| **Audrey M. Bailey**<br>**P.O. Box 772**<br>**Santa Paula, CA 93061** | **Common** | **20** | **Preferred** |
| **Austin C. Chriesman**<br>**P.O. Box 124**<br>**Dryden, TX 78851** | **Common** | **450** | **Preferred** |

**9** _____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Wool Growers Central Storage Company**                              ,   Case No. _____
                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Austin Millspaugh**<br>**301 Texas Bank Tower**<br>**San Angelo, TX 76901** | **Common** | **3000** | **Preferred** |
| **Barbara Brown Wales**<br>**P.O. Box 469**<br>**Terlingua, TX 79852** | **Common** | **100** | **Preferred** |
| **Barney Sisco**<br>**Box 827**<br>**Water Valley, TX 76958** | **Common** | **20** | **Preferred** |
| **Bill Black**<br>**P.O. Box 909**<br>**Ozona, TX 76943** | **Common** | **1500** | **Preferred** |
| **C.L. Williams**<br>**P.O. Box 1089**<br>**Ozona, TX 76943** | **Common** | **20** | **Preferred** |
| **C.W. McGowan**<br>**1107 Paseo De Vaca**<br>**San Angelo, TX 76901** | **Common** | **125** | **Preferred** |
| **Cain Family Revocable Living Trust**<br>**2021 Gidding**<br>**Clovis, NM 88101** | **Common** | **400** | **Preferred** |
| **Calvin B. McGowan**<br>**1107 Paseo De Vaca**<br>**San Angelo, TX 76901** | **Common** | **100** | **Preferred** |
| **Charles E. Davidson**<br>**Box 488**<br>**Ozona, TX 76943** | **Common** | **100** | **Preferred** |
| **Charles E. Stegall**<br>**P.O. Box 636**<br>**Sanderson, TX 79848** | **Common** | **300** | **Preferred** |
| **Charles R. Honaker**<br>**5433 Ben Ficklin Road**<br>**San Angelo, TX 76904** | **Common** | **350** | **Preferred** |
| **Charlie D. Davis**<br>**P.O. Box 578**<br>**Sterling City, TX 76951** | **Common** | **100** | **Preferred** |
| **Charlotte Montgomery**<br>**2605 Lindenwood**<br>**San Angelo, TX 76904** | **Common** | **200** | **Preferred** |

Sheet   __1__   of   __9__   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Wool Growers Central Storage Company**                              ,    Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **City & Co.**<br>**P.O. Box 1727**<br>**Austin, TX 78767** | **Common** | **690** | **Preferred** |
| **Clayton Harrell**<br>**5711 Sam Houston Circle**<br>**Austin, TX 78731** | **Common** | **400** | **Preferred** |
| **Clera Ann Thornton**<br>**1815 Cooper Drive**<br>**Dyersburg, TN 38024** | **Common** | **35** | **Preferred** |
| **Diane B. Ketzler**<br>**P.O. Box 697**<br>**Marfa, TX 79843** | **Common** | **100** | **Preferred** |
| **Donald L. Miller**<br>**301 Texas Bank Tower**<br>**San Angelo, TX 76901** | **Common** | **250** | **Preferred** |
| **Donnie Laughlin**<br>**P.O. Box 1828**<br>**Ozona, TX 76943** | **Common** | **100** | **Preferred** |
| **Elaine Brown Gray**<br>**3802 Sunset**<br>**San Angelo, TX 76904** | **Common** | **100** | **Preferred** |
| **Elizabeth McGowan**<br>**1107 Paseo De Vaca**<br>**San Angelo, TX 76901** | **Common** | **125** | **Preferred** |
| **Ellen S. Helbing**<br>**P.O. Box 4037**<br>**Midland, TX 79704** | **Common** | **130** | **Preferred** |
| **Estate of Burch Woodward**<br>**409 N. Colpitt**<br>**Fort Stockton, TX 79735** | **Common** | **800** | **Preferred** |
| **Estate of C.A. Cole**<br>**1416 Paseo de Vaca**<br>**San Angelo, TX 76901** | **Common** | **50** | **Preferred** |
| **Estate of Lea U. McKnight**<br>**Box 22**<br>**Fredonia, TX 76842** | **Common** | **100** | **Preferred** |
| **Estate of Marguerite F. McKnight**<br>**3902 Tennyson**<br>**Houston, TX 77002** | **Common** | **768** | **Preferred** |

Sheet  __2__  of  __9__  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Wool Growers Central Storage Company**                            ,   Case No. _____
_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Spencer**<br>**Eldorado, TX 76936** | **Common** | **1** | **Preferred** |
| **Fred H. Chandler**<br>**Box D**<br>**Ozona, TX 76943** | **Common** | **100** | **Preferred** |
| **George Bunger**<br>**P.O. Box 1248**<br>**Ozona, TX 76943** | **Common** | **2200** | **Preferred** |
| **George K. Hibbard**<br>**P.O. Box 724**<br>**Roswell, NM 88201** | **Common** | **10** | **Preferred** |
| **H.H. Linthieum**<br>**Barnhart, TX 76930** | **Common** | **130** | **Preferred** |
| **H.J. Sallee**<br>**2009 Crown Knoel**<br>**Plano, TX 75075** | **Common** | **380** | **Preferred** |
| **Hal E. Noelke**<br>**P.O. Box 529**<br>**Mertzon, TX 76941** | **Common** | **180** | **Preferred** |
| **Hallie Jean Cowden Milburn**<br>**103 Genesseo**<br>**San Antonio, TX 78209** | **Common** | **40** | **Preferred** |
| **Helen Schneemann Strauss**<br>**724 Preusser St.**<br>**San Angelo, TX 76905** | **Common** | **100** | **Preferred** |
| **Herbert A. Brown**<br>**P.O. Box 745**<br>**Sanderson, TX 79848** | **Common** | **400** | **Preferred** |
| **J. Lyndon McKnight**<br>**3902 Tennyson**<br>**Houston, TX 77005** | **Common** | **808** | **Preferred** |
| **J. Willis Johnson, III**<br>**Box 2551**<br>**San Angelo, TX 76902** | **Common** | **233** | **Preferred** |
| **Jack Baggett**<br>**Estate of Billie Gene Baggett**<br>**P.O. Drawer J**<br>**Ozona, TX 76943** | **Common** | **30** | **Preferred** |

Sheet __3__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Wool Growers Central Storage Company**                                     ,    Case No. _____
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Allison**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | **Common** | **623** | **Preferred** |
| **James B. Weddell**<br>**8802 Dilly Road**<br>**San Angelo, TX 76901** | **Common** | **10** | **Preferred** |
| **James C. Hensley**<br>**3236-304 Mercer University Drive**<br>**Atlanta, GA 30341** | **Common** | **400** | **Preferred** |
| **Jane McGowan**<br>**1107 Paseo De Vaca**<br>**San Angelo, TX 76901** | **Common** | **125** | **Preferred** |
| **Jerry Denman**<br>**P.O. Box 708**<br>**Buchanan Dam, TX 78609** | **Common** | **100** | **Preferred** |
| **Jewell D. Bagget**<br>**P.O. Drawer J**<br>**Ozona, TX 76943** | **Common** | **20** | **Preferred** |
| **Jo Anne Peterson**<br>**146 St. Charles Drive**<br>**Rye, CO 81069** | **Common** | **20** | **Preferred** |
| **Joe Ed Spencer**<br>**P.O. Box 58**<br>**Burleson, TX 76028** | **Common** | **19** | **Preferred** |
| **Joe M. Hall**<br>**Granite Shoals, TX 78654** | **Common** | **40** | **Preferred** |
| **Joe Tom Davidson, Estate**<br>**P.O. Box 727**<br>**Owings Mills, MD 21117** | **Common** | **100** | **Preferred** |
| **John Caldwell**<br>**2801**<br>**Dena Drive**<br>**San Angelo, TX 76904** | **Common** | **300** | **Preferred** |
| **John Kevin Ray**<br>**2201 Waco**<br>**San Angelo, TX 76901** | **Common** | **27** | **Preferred** |
| **Joseph W. McKnight**<br>**3540 Rankin**<br>**Dallas, TX 75205** | **Common** | **768** | **Preferred** |

Sheet __4__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
                                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Judy Allison Capenter**<br>**5711 Sam Houston Cir.**<br>**Austin, TX 78731** | **Common** | **860** | **Preferred** |
| **Judy Allison Carpenter Trust**<br>**5711 Sam Houston Circle**<br>**Austin, TX 78731** | **Common** | **671** | **Preferred** |
| **Julia C. Dyer**<br>**7701 Hwy. 70**<br>**Sweetwater, TX 79556** | **Common** | **10** | **Preferred** |
| **June Allen Maddox**<br>**911 Josephine Street**<br>**Sweetwater, TX 79556** | **Common** | **200** | **Preferred** |
| **June Bunger Cameron**<br>**P.O. Box 1248**<br>**Ozona, TX 76943** | **Common** | **540** | **Preferred** |
| **Katherine Allison**<br>**941 Turner Street**<br>**San Angelo, TX 76903** | **Common** | **623** | **Preferred** |
| **L.B. Cox, III**<br>**P.O. Box 687**<br>**Ozona, TX 76943** | **Common** | **70** | **Preferred** |
| **Lon Slaughter**<br>**204 S. David**<br>**San Angelo, TX 76901** | **Common** | **100** | **Preferred** |
| **Louis Woodward**<br>**P.O. Box 186**<br>**Girvin, TX 79740** | **Common** | **400** | **Preferred** |
| **Louise Bunger**<br>**P.O. Box 1248**<br>**Ozona, TX 76943** | **Common** | **360** | **Preferred** |
| **Lucy Ann Hinde**<br>**P.O. Box 55**<br>**Barnhart, TX 76930** | **Common** | **80** | **Preferred** |
| **Lynn Allison Harrell Spiers**<br>**3220 Sunset**<br>**Houston, TX 77005** | **Common** | **400** | **Preferred** |
| **Majory Reba Johansen**<br>**5455 La Sierra Dr., #815**<br>**Dallas, TX 75231** | **Common** | **60** | **Preferred** |

Sheet    **5**    of    **9**    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marguerite G. Miller**<br>**301 Texas Bank Tower**<br>**San Angelo, TX 76901** | **Common** | **250** | **Preferred** |
| **Marie K. Aldwell**<br>**P.O. Box 437**<br>**Sonora, TX 76950** | **Common** | **80** | **Preferred** |
| **Mary B. Hall**<br>**Boatman's Trust Company**<br>**100 North Broadway**<br>**Saint Louis, MO 63102** | **Common** | **67** | **Preferred** |
| **McPherson Ltd. Partners Inc.**<br>**221 West Olmos Drive**<br>**San Antonio, TX 78212** | **Common** | **60** | **Preferred** |
| **Melinda Mears Bradford**<br>**The Estate of Ed L. Mears**<br>**201 Sailors Run**<br>**Austin, TX 78734** | **Common** | **100** | **Preferred** |
| **Mrs. G.P. Weddell**<br>**George Pinson Weddell**<br>**Box 88**<br>**Lometa, TX 76853** | **Common** | **10** | **Preferred** |
| **Mrs. Maxine Slaughter**<br>**204 S. David**<br>**San Angelo, TX 76901** | **Common** | **75** | **Preferred** |
| **Nancy Hunt Powell**<br>**Fort Mc Kavett, TX 76841** | **Common** | **100** | **Preferred** |
| **Neill B. Woodward**<br>**P.O. Box 1177**<br>**Fort Stockton, TX 79735** | **Common** | **150** | **Preferred** |
| **O.H. Pattison**<br>**2295 Curry Road H**<br>**Clovis, NM 88101** | **Common** | **200** | **Preferred** |
| **P.L. Childress Estate**<br>**Ozona, TX 76943** | **Common** | **40** | **Preferred** |
| **P.L. Childress, Jr.**<br>**Ozona, TX 76943** | **Common** | **120** | **Preferred** |
| **Patricia A. Self**<br>**2819 N. Oakes**<br>**San Angelo, TX 76901** | **Common** | **100** | **Preferred** |

Sheet __6__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Wool Growers Central Storage Company**                              ,  Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patricia B. Foote** <br> **Star Route, Box 52** <br> **Melba, ID 83641** | **Common** | **900** | **Preferred** |
| **Patricia H. Gunn** <br> **Estate of David Gunn** <br> **911 Amigo Drive** <br> **San Antonio, TX 78249** | **Common** | **250** | **Preferred** |
| **Patricia H. Gunn** <br> **911 Amigo Drive** <br> **San Antonio, TX 78249** | **Common** | **250** | **Preferred** |
| **Patrick M. Ray** <br> **P.O. Box 7674** <br> **Austin, TX 78713** | **Common** | **28** | **Preferred** |
| **Preston Lynn Porter** <br> **702 Bunckingham Cir.** <br> **Austin, TX 78704** | **Common** | **180** | **Preferred** |
| **Richard D. Young** <br> **26818 Fawn Mountain** <br> **Boerne, TX 78015** | **Common** | **250** | **Preferred** |
| **Robert Gerald Porter** <br> **P.O. Box 1356** <br> **Fort Stockton, TX 79735** | **Common** | **360** | **Preferred** |
| **Roy Deaton, Jr.** <br> **P.O. Box 29** <br> **Sanderson, TX 79848** | **Common** | **200** | **Preferred** |
| **Roy E. Aldwell** <br> **170 W. 73rd St., #5D1** <br> **New York, NY 10023** | **Common** | **80** | **Preferred** |
| **Ruth Gordon McGill** <br> **1302 Shafter** <br> **San Angelo, TX 76901** | **Common** | **133** | **Preferred** |
| **S.P. Benckenstein, II, Exec.** <br> **Estate of Clara Lee Beckenstein** <br> **P.O. Box 2538** <br> **Lufkin, TX 75902-2538** | **Common** | **260** | **Preferred** |
| **Sam Alan McKnight** <br> **6219 Wilers Way** <br> **Houston, TX 77057** | **Common** | **808** | **Preferred** |

Sheet  __7__  of  __9__  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    **Wool Growers Central Storage Company**                                    ,    Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sandra Lee Harrell Atkins**<br>**14 W. 69th St., Apt. 12**<br>**New York, NY 10023** | **Common** | **400** | **Preferred** |
| **Sara M. Cochran Ingram**<br>**6026 Winner's Circle**<br>**San Angelo, TX 76904** | **Common** | **250** | **Preferred** |
| **Sarah Ray Dalton**<br>**21116 Pembroke Dr.**<br>**Fort Worth, TX 76110-1238** | **Common** | **220** | **Preferred** |
| **Skeete & Sprague**<br>**47 Delwick Lane**<br>**Short Hills, NJ 07078** | **Common** | **120** | **Preferred** |
| **Star & Company**<br>**2201 Sherwood Way**<br>**San Angelo, TX 76902** | **Common** | **250** | **Preferred** |
| **Stephen Couch Helbing**<br>**P.O. Box 4037**<br>**Midland, TX 79704** | **Common** | **130** | **Preferred** |
| **Streit A. Millspaugh**<br>**301 Texas Bank Tower**<br>**San Angelo, TX 76901** | **Common** | **50** | **Preferred** |
| **Susan Turner Steen**<br>**Route 1, Box 76**<br>**Carthage, MO 64836** | **Common** | **50** | **Preferred** |
| **Suzanne M. Dyer Kirkpatric**<br>**7956 Copperfield Cir.**<br>**Jacksonville, FL 32244** | **Common** | **10** | **Preferred** |
| **Tim R. Turner**<br>**P.O. Drawer 231**<br>**San Angelo, TX 76902** | **Common** | **50** | **Preferred** |
| **Tommy Nasworthy**<br>**P.O. Box 2566**<br>**San Angelo, TX 76902** | **Common** | **100** | **Preferred** |
| **Trustees of Shannon W.T. Mem. Hospital**<br>**P.O. Box 49**<br>**San Angelo, TX 76901** | **Common** | **2280** | **Preferred** |
| **Valerie Tedford Queen**<br>**2914 Woodland Circle**<br>**San Angelo, TX 76904** | **Common** | **40** | **Preferred** |

Sheet __8__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re   **Wool Growers Central Storage Company**                                    ,   Case No. _____
                                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Virginia G. Young**<br>**26818 Fawn Mountain**<br>**Boerne, TX 78015** | **Common** | **250** | **Preferred** |
| **Wayne McCabe**<br>**Robert Lee, TX 76945** | **Common** | **20** | **Preferred** |
| **William Carl Pfluger**<br>**2657 Vista Del Arroya**<br>**San Angelo, TX 76904** | **Common** | **40** | **Preferred** |
| **William H. Taylor**<br>**135 W. French Place**<br>**San Antonio, TX 78512-5817** | **Common** | **60** | **Preferred** |
| **Yeager & Lois Grimes**<br>**2508 TCU Ave.**<br>**San Angelo, TX 76904** | **Common** | **130** | **Preferred** |
| **Zaidee Lavern Ozment**<br>**Lake Road**<br>**Dyersburg, TN 38024** | **Common** | **35** | **Preferred** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 30, 2006**_____          Signature__**/s/ George Bunger, Jr.**_____
                                                                                **George Bunger, Jr.**
                                                                                **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet   **9**   of   **9**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**R. Byrn Bass, Jr.**
**SBN: 01889500**
**Attorney at Law**
**P.O. Box 5950**
**Lubbock, Texas 79408**
**806/744-1100**
**806/744-1170 - Facsimile**

**ATTORNEYS FOR DEBTOR(S)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WOOL GROWERS CENTRAL** | § | **CASE NO.** |
| **STORAGE COMPANY** | § | |
| | § | |
| **DEBTORS** | § | |

### VERIFICATION OF MAILING LIST

     In accordance with Local Rule 1002, the above named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge.  I also certify that the attached mailing list

     [X ]      is the first mailing list filed in this case.

     [ ]      adds entities not listed on previously filed mailing list(s).

     [ ]      changes or corrects names and addresses on previously filed mailing list(s).

Date: April 28, 2006.

      /s/ George Bunger, Jr.
George Bunger, Jr.

      /s/ R. Byrn Bass, Jr.
**R. BYRN BASS, JR.**
SBN: 01889500
Attorney for Debtor(s)

```
3-C Seidenstircker
302 FM 473
Comfort, TX 78013


A&J Partnership
c/o Johnny Arnold
RR 3, Box 1
Holton, KS 66436


A.D. and Mary Jo White
Box 129
Wapanucka, OK 73461


A.D. Lux Ranch
HC1 Box 150
Kendalia, TX 78027


A.D. White
Box 129
Wapanucka, OK 73461


A.O. Baker
P.O. Box 638
Comstock, TX 78837


A.P. Lux
HC1, Box 150
Kendalia, TX 78027


Aaron and Allison Lux
HC 1, Box 150
Kendalia, TX 78027


Acco Feeds, Inc.
2100 S. Robinson
P.O. Box 26186
Oklahoma City, TX 73126


Alford Lux
HC 1, Box 150
Kendalia, TX 78027


Allison Ranch
941 Turner Street
San Angelo, TX 76903
```

American Tire Distributors
4093 Hwy. 67 North
San Angelo, TX 76905


Andy Smith Partnership
Box 60290
San Angelo, TX 76906


Andy Smith, Jr.
Box 60290
San Angelo, TX 76906


Andy Tillman
20510 Swally Road
Bend, OR 97701


Austin Millspaugh
301 Texas Bank Tower
2201 Sherwood Way
San Angelo, TX 76901


Barnhart Ranch
Bill Pfluger
2133 Office Park Dr.
San Angelo, TX 76904


Ber Thomas
P.O. Box 337
Correctionville, IA 51016


Betty Boubream
RR 3, Box 153
Montrose, MO 64770


Betty Boudreau
RR 3, Box 153
Montrose, MO 64770


Beverly Short
1318 Oakridge Lane
Pipe Creek, TX 78063


Bill Black
P.O. Box 907
Ozona, TX 76943

Bill Black Ranch
Box 907
Ozona, TX 76943


Bill Carson
Box 340
Ozona, TX 76943


Bill Forehand
P.O. Box 1577
Ozona, TX 76943


Bill Hoover Erst.
Box 1288
Ozona, TX 76943


Bill Manesa
Box 285
Ozona, TX 76943


Bill Pfluger
2133 Office Park Drive
San Angelo, TX 76904


Billy Reagor
Box 1652
Ozona, TX 76943


Black 100
P.O. Box 909
Ozona, TX 76943


Black Livestock
Box 909
Ozona, TX 76943


Brad Palinsky
1608 E. 14th Road
Aurora, NE 68818


Brian Pelletier
46238 249th Street
Colton, SD 57018

Bud Poage
Box 106
Rankin, TX 79778


Buddy White
Box 129
Sanderson, TX 79848


Bunger and Cameron
Drawer 670
Ozona, TX 76943


Burch & Neil Woodward
Box 1177
Fort Stockton, TX 79735


Burch & Neill Livestock
Box 1177
Fort Stockton, TX 79735


Buster Deaton
Box 1740
Ozona, TX 76943


Butterfield
Box 907
Sterling City, TX 76951


C&H Ranch
Box 951
Ozona, TX 76943


Cain Ranch
Box 1281
Ozona, TX 76943


Cain Ranel
Box 1281
Ozona, TX 76943


Carmen Sutton
Box 1534
Ozona, TX 76943

Carol Haumont
RR 3, Box 173
Broken Bow, NE 68822

Carol Ryerson
2669 Baxter Avenue
Eagle Grove, IA 50533

Center of the Nation
Box 130
Belle Fourche, SD 57717

Chandler & Black
Box 909
Ozona, TX 76943

Charles Childress
9616 N. Lamar #141
Austin, TX 78753

Charles Henkle
1614 North 61st Street
Norfolk, NE 68701

Charles Seidensticker
302 FM 473
Comfort, TX 78013

Charles Stegall
P.O. Box 140
Sanderson, TX 79848

Chelsie Woodward
Box 1177
Fort Stockton, TX 79735

Cheryl Schladaer
412 FM 473
Comfort, TX 78013

Cheyenne Tire
2720 Faudree Road
P.O. Box 13975
Odessa, TX 79768

Childress Angoras
Box 1249
Ozona, TX 76943


Chuck McNally
RR1, Box 57
Morrill, KS 66515


Cindy Olson
RR 2, Box 35
Fullerton, NE 68638


Clay Cox
Box 545
Iraan, TX 79744


Clement Bros.
Rt. 1, Box 88
Roxton, TX 75477


Cody Sutton
3014 Hemphill Park
Austin, TX 78705


Craig Deaton
P.O. Box 1733
Ozona, TX 76943


Cross-Over Two Bars
P.O. Box 1295
Crane, TX 79731


Crystelle Childress
Box 1088
Ozona, TX 76943


D.J. Duffy
9401 E. 43rd Street
Kansas City, MO 64133


D.J. Dutton
Box 251
Sonora, TX 76950

D.J. Livestock
Box 251
Sonora, TX 76950


Dan Riggs
Box 695
Iraan, TX 79744


Darrel Lux
HC1, Box 145
Kendalia, TX 78027


Daryl Fikar
Rt. 1, Box 126
Dorchester, NE 68343


Dave Deerson
RR 2, Box 83
Mead, NE 68041


Dave Monke
RR 1, Box 18
Nickerson, NE 68044


Dean Parent
3916 Plains Hwy.
Lovington, NM 88260


Deb Kalcic
2082 Co. Road P
Fremont, NE 68025


Dee Smith
Box 783
Hayden, ID 83835


Delmar Roth
282 280th Street
Milford, NE 68405


Dennis Murra
45613 10th Avenue
Buffalo Center, IA 50424

Diane Ortmeier
263 1512 Road
West Point, NE 68788


Dick Miller
414 East Wallis
San Saba, TX 76877


Don Elliot
9409 Jefferson Road NE
Hemingford, NE 69348


Don Varcura
RR 3, Box 108A
Ord, NE 68862


Double T Ranch
P.O. Box 2099
Ozona, TX 76943


Dwight Childress
P.O. Box 1947
Ozona, TX 76943


Eliserio Medina
Box 345
Sheffield, TX


Eric Stehlik
RR1 , Box 11
Dorchester, NE 68343


Ernest Woodward Ranches
HCR 73 Box 29
Mc Camey, TX 79752


Eugene Miller
HC 69 Box 20
Ozona, TX 76943


Eusebio Esquivel
Box 903
Menard, TX 76859

Evelyn Elliot
9409 Watson Road
Hemingford, NE 69348


Evelynn Elliott
9409 Watson Road
Hemingford, NE 69348


Ford Motor Credit
P.O. Box 152271
Irving, TX 75015


Frank Price
Box 907
Sterling City, TX 76951


Fred Chandler
Box 963
Ozona, TX 76943


G&L Livestock
Drawer 670
Ozona, TX 76943


Gail Garrison
Box 195
Tornillo, TX 79853


Gary Vannay
Box 760
Ozona, TX 76943


Gene Atwood
RR 2, Box 144
Albion, NE 68620


Gene Perry Ranch
Drawer 1478
Ozona, TX 76943


Gene Vogt
Moundridge, KS 67107

George Ahlschuede
6300 Treece Road
San Angelo, TX 76904


George Bunger, Jr.
Drawer 670
Ozona, TX 76943


George Wenzel
Box 573
Menard, TX 76859


Glynn Chandler
116 S.W. Ave. B
Seminole, TX 79736


Glynn Hutto
P.O. Box 1195
Eldorado, TX 76936


Gore Bros. Inc.
1300 East Mill Street
P.O. Box 1000
Comanche, TX 76442


Gregg A. Lovin
58301 210th Street
Nevada, IA 50201


Gursky Cattle Co.
290 Morrow Road
Springtown, TX 76082


Gwen Youngberg
2144 190th Street
Bronson, IA 51007


Hillary Phillips, Jr. (Deceased)
Box 9
Ozona, TX 76943


Hillspagh Operation
301 Texas Bank Tower
San Angelo, TX 76901

Hope Phillips
Box 9
Ozona, TX 76943


Howard Youngberg
2144 190th Street
Bronson, IA 51007


Hugh Ward Childress
Box 943
Ozona, TX 76943


Internal Revenue Service
Special Procedures
Attn: Nathan Villanueva
1100 Commerce Street, Code 5029DAL
Dallas, TX 75242


Ira and Clay Childress
Box 1008
Ozona, TX 76943


J.L. Greer, III
P.O. Box 158
Rocksprings, TX 78880


J.L. Greer, Jr.
P.O. Box 767
Rocksprings, TX 78880


Jack and Jessie Wardlaw
201 Cedar Street
Sonora, TX 76950


Jack Dutton
Box 251
Sonora, TX 76950


Jacoby Feed and Seed
Box 806
Melvin, TX 78858


Jane Chandler
Box 963
Ozona, TX 76943

Jean Weatherhead
Rt. 2, Box 83
Concordia, KS 66901


Jeanette Benay
Rt. 1, Box 172
Leonardville, KS 66449


Jeffrey Sutton
P.O. Box 1534
Ozona, TX 76943


Jerel Seahorn
Box 1483
Ozona, TX 76943


Jerry Crawford
Box 1710
Ozona, TX 76943


Jerry Holste
Rt. 2, Box 29
Hudell, KS 67724


Jess Marley
P.O. Box 668
Ozona, TX 76943


Jesus Dominguez
Box 368
Ozona, TX 76943


Jim Minarick
RR 2
North Bend, NE 68649


Jim Paulson
Box 672
Fremont, NE 68026


Jimmy Eggemyer
Box 120
Garden City, TX 79739

Joe Boy Pierce
Box 696
Ozona, TX 76943


Joe Brown
P.O. Box 7
Ozona, TX 76943


Joe Perciful
HC 34, Box 103
Robert Lee, TX 76945


Joe S. Peirce, IV
Box 696
Ozona, TX 76943


Kelvin Chandler
P.O. Box 471
Sanderson, TX 79848


Ken Matthiesen
12515 Elm Slough
Saint George, KS 66535


Kenneth Luce
1260 Dodge Road
Hemingford, NE 69348


Kenneth Williamson
R 1, Box 31
Glasco, KS 67445


Kenny Williamson
Rt. 1, Box 31
Glasco, KS 67445


Kothmann Ranch
Box 1705
Mason, TX 76856


L.B. McKenzie
3516 7D
Fort Stockton, TX 79735

Lanark Llama & Alpaca
2877 Lanark Farm
Charlottesville, VA 22902


Larry Boeonsen
RR 2
Ocheyedan, IA 51354


LeAnn Kreite
18687 Rd. 3
Hooper, NE 68031


Lee Holden
Box 288, Rt. 1
Estelline, SD 57234


Leonard A. Stelbek
Rt. 1, Box 11
Dorchester, NE 68343


Leonard Stehlick
Rt. 1, Box 11
Dorchester, NE 68343


Leonard Stehlie
Rt. 1, Box 11
Dorchester, NE 68343


Loren Poleman
HC 2, Box 75
Trenton, NE 69044


Louis Bunger
Box 3150
Ozona, TX 76943


M.K. Leach
1010 24th Road
Grand Junction, CO 81505


Mario Gutierrez
Box 1352
Sonora, TX 76950

Marlin Wolter
1303 Starling
Ocheyedan, IA 51354


Max Schneeman
Box 24
Big Lake, TX 76932


McKenzie Land & Livestock
35167D
Fort Stockton, TX 79735


Mel Hille
RR 3
West Eisenhower, NE 68701


Melvin Mostek
Rt. 1, Box 219
Loup City, NE 68853


Mervin Hille
RR 3
West Eisenhower, NE 68701


Mickee Cheek
Box 456
Bingham, NE 69335


Mike and Jana Hill
Box 1229
Iraan, TX 79744


Mike Gordon
5632 County Line Road
Hooper, NE 68031


Mike Womack
Box 214
Ozona, TX 76943


Milagro
Box 1249
Ozona, TX 76943

Milagro & Sanka
Box 1249
Ozona, TX 76943


Millspaugh Operations
301 Texas Bank Tower
2201 Sherwood Way
San Angelo, TX 76901


Moore Ranch
Rt. 1
Eldorado, TX 76936


Morris M. Reese, Jr.
Gossett Harrison
2 S. Koenigheim Street
San Angelo, TX 76903


N.E. Angora Living Trust
Rt. 1, Box 5
Brunswick, NE 68720


Neil Woodward
Box 1177
Fort Stockton, TX 79735


Nelson Wholesale
P.O. Box 370
Brownwood, TX 76804


New Mexico Salt Mineral Corp.
P.O. Box 2262
Carlsbad, NM 88220


Noren Farms
Rt. 2, Box 67
Oberlin, KS 67749


Ozona National Bank
Box 430
Ozona, TX 76943


Palmer Feed and Supply, Inc.
1318 N. Chadborne
San Angelo, TX 76903

Pecos River Ranch
Box 675
Ozona, TX 76943


Peggy Denny
134 Flat Rock Creek Road
Comfort, TX 78013


Phil Poling
631 R Ave.
Boone, IA 50036


Phillip Poling
631 R. Ave.
Boone, IA 50036


Plens Childress, III
Box 877
Ozona, TX 76943


Pon Seahorn
Box 1483
Ozona, TX 76943


Price and Butterfield
Box 907
Sterling City, TX 76951


Quince
Box 675
Ozona, TX 76943


Quince Ranch
P.O. Box 675
Ozona, TX 76943


R. J. Everett
Box 1769
Ozona, TX 76943


Ramon Fictum
RR 1
Wilber, NE 68465

Randy Herring
Box 1487
Ozona, TX 76943


Ray Shetron
RR 1, Box 280
Hoyt, KS 66440


Ray Warren
180 Sumac Lane
Wilburn, AR 72179


Rex Frybarger
R. 1, Box 49
Aurora, KS 67417


Robert Ahlschwade
Rt. 2, Box 201
Crete, NE 68333


Robertson & Manning
Box 850
Ozona, TX 76943


Rodney Cormier
26096 F. Road
Soldier, KS 66540


Rodney Cornier
26096 F. Road
Soldier, KS 66540


Roger Coots
Box 490
Sheffield, TX 79781


Roger Martin
2976 270th
Hornick, IA 51026-8004


Ron Schultz
2049 Lo Rd R
Fremont, NE 68025

Ronald Elliott
9409 Jefferson Road
Hemingford, NE 69348


Roy Cash
Box 192
Langtry, TX 78871


Sandra Gall
Rainbow Hills Forest Drive
Hinton, IA 51024


Sanisa, Inc.
Box 1249
Ozona, TX 76943


Sanisa, Inc. Ica. Childeas
Box 1249
Ozona, TX 76943


Smoky Mountain Ranch
14853 Blanco Road, Suite 106
San Antonio, TX 78216


Sonny Malone
Box 1645
Ozona, TX 76943


Soto Verde, Inc.
Box 1249
Ozona, TX 76943


Soto, Inc.
Box 1249
Ozona, TX 76943


Soto, Sweetwater
Box 1249
Ozona, TX 76943


Stapper Girls
Bpx 1647
Ozona, TX 76943

Steve Stucky
642 Deer Trail
Galva, KS 67443


Stockton Feed and Milling, Inc.
Box 1446
Fort Stockton, TX 79735


Stuart Speck
HCR 70, Box 67
Lohn, TX 76852


Suzanne Minarick
RR 2
North Bend, NE 68649


T-Bar Pre Cast, LLC
Attn:  Roy Lee Hutto
P.O. Box 420877
Del Rio, TX 78842


Tamara Reese
Box 40
Lorenzo, TX 79343


Terrell Seahorn
Box 1483
Ozona, TX 76943


Terry Crawford
Box 1602
Ozona, TX 76943


Tom & Mayree Collins
Box 1945
Ozona, TX 76943


Tom Cameron Ranch
P.O. Box 1627
Ozona, TX 76943


Tom Cameron Ranch
Box 1627
Ozona, TX 76943

Tom Collins
Box 1945
Ozona, TX 76943


Tom Hird
Dutch Creek Ranch
Rt. 1, Box 150
Litchfield, NE


Tom Wendell
Rt. 1, Box 87
Beloit, KS 67470


Tom Wenzel
Route 1, Box 87
New Cambria, KS 67470


Tommy & JoNel Stokes
P.O. Box 932
Ozona, TX 76943


Tommy Hayre Ranches
P.O. Box 368
Sheffield, TX 79781


Tommy Joe Holmes
Box 445
Sheffield, TX 79781


Tony Allen
Box 1067
Ozona, TX 76943


Tracy Jones
Rt. 2, Box 201
Crete, NE 68333


Ulala Meyer
Box 275
Deshler, NE 68340


Valerie Small
Box 109
Sioux Rapids, IA 50585

Virginia Johnson
8253 SR 514
Big Prairie, OH 44611

Wade Menges
P.O. Box 175
Anita, IA 50020

Wanetta Steinhoff
2909 300th Street
Hornick, IA 51026

Wardlaw Bros.
Box 944
Sonora, TX 76950

Weldon Blackwelder
HC-73, Box 14 Bakersfield Rt.
Mc Camey, TX 79752

West 67 Feed
P.O. Box 60290
San Angelo, TX 76906

Will Seahorn
Box 1483
Ozona, TX 76943

Wilma Small
Box 218
Badger, IA 50516

Woodward Trading
HCR 73 Box 29
Mc Camey, TX 79752

Wool Sacks, Inc.
Box 911
Fredericksburg, TX 78624

Yvonne Womack Estate
Box 214
Ozona, TX 76943

Zane Reese
Box 40
Lorenzo, TX 79343

# United States Bankruptcy Court
## Northern District of Texas

In re    **Wool Growers Central Storage Company**            Case No. _____

                                                Debtor(s)      Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wool Growers Central Storage Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 30, 2006** _____        **/s/ R. Byrn Bass, Jr.** _____

Date                                         **R. Byrn Bass, Jr.**

Signature of Attorney or Litigant

Counsel for    **Wool Growers Central Storage Company** _____

**R. Byrn Bass, Jr.**
**1901 University, Suite 500**
**P.O. Box 5950**
**Lubbock, TX 79408**
**(806) 744-1100**